IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DAVID ALHAMZAWI**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:12-CV-1237-L (BF)** |
| | § | |
| **STATE OF TEXAS (CITY OF GARLAND)**, | § | |
| | § | |
| Defendant. | § | |
| | § | |

# ORDER

Before the court is the City of Garland's Motion to Dismiss or Alternatively Motion for More Definite Statement, filed May 14, 2012. This case was referred to Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on July 11, 2012, recommending that the action be dismissed under to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. Plaintiff did not filed objections to the Report, which was mailed to him at the address provided and returned as undeliverable.

Having reviewed the pleadings in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct, and **accepts** them as those of the court. Further, the court concludes that amendment would be futile, and therefore will not be permitted. Accordingly, the court **grants** the City of Garland's Motion to Dismiss or Alternatively Motion for More Definite Statement (Doc. 8), and **dismisses** this action **with prejudice**.

Order - Page 1

**It is so ordered** this 30th day of July, 2012.

_____
Sam A. Lindsay
United States District Judge